**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ANTHONY LESLIE and
TANICA LESLIE,

      Plaintiffs,

  v.

DAIMLER TRUCKS NORTH
AMERICA LLC f/k/a
FREIGHTLINER LLC,

      Defendant.

Civil Action File No:
1:18-CV-03831-WMR

## ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S COMPLIANCE WITH RULE 30(b)(6) AND FOR SANCTIONS, PLAINTIFFS' MOTION TO COMPEL, AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER

This matter is before the Court on three related discovery motions: Plaintiffs'

Motion to Compel Defendant's Compliance with Rule 30(b)(6) and for Sanctions

[Doc. 92], Plaintiffs' Motion to Compel Discovery [Doc. 111], and Defendant's

Motion for Protective Order [Doc. 102].  The Court, having fully considered the

record, the parties' briefs, oral argument at the hearing on January 14, 2020, and all

applicable law, hereby enters the following Order regarding the scope of discovery

to be produced by Defendant ("DTNA"):

1

## I.      Continuation of DTNA Corporate Representative Deposition on Other Incident Discovery

Plaintiffs may continue the deposition of a DTNA Fed. R. Civ. P. 30(b)(6) witness on the issue of other incidents of fuel fed fire or fuel fed tank breach in any Freightliner Class 8 tractor with fuel tanks mounted outside of the frame rails manufactured by DTNA from 1990 or later and involved in an incident before January 31, 2017.  The witness is required to appear for his or her deposition in Atlanta, Georgia, at DTNA's expense.   The deposition will be scheduled by agreement of the parties.

## II.     Supplementation of Interrogatory Nos. 16 and 17 Relating to Standards

Within thirty (30) days of this Order, DTNA shall supplement its responses to Plaintiffs' First Interrogatories Nos. 16 and 17 at issue in the Motion to Compel Discovery [Doc. 111] by identifying every external and internal standard relating to the failure modes for the subject vehicle's fuel tank system which DTNA contends is applicable to the design, inspection, testing, manufacture, assembly, marketing, distribution and sale of the same.  This supplementation must be made with the specificity required by Fed. R. Civ. P. 33 to enable Plaintiffs to ascertain the responsive information.

### III.   Plaintiffs' First Requests for Production of Documents Nos. 51 through 54 Relating to Other Incidents

In their First Requests for Production of Documents, Plaintiffs sought documents relating to other incidents where Freightliner trucks were involved in a fuel fed fire or fuel fed tank breach.  DTNA is hereby ordered to produce the documents in its possession, as described more specifically below, for any Freightliner Class 8 tractors with fuel tanks mounted outside the frame rails manufactured by DTNA from 1990 or later and involved in an incident of fuel fed fire or fuel fed tank breach before January 31, 2017.  This discovery is not limited to only those incidents involving the same model (Columbia CL-120) or same class (Century Class) as the truck driven by Plaintiff Anthony Leslie at the time of the incident, but is meant to include all Freightliner Class 8 tractors manufactured by DTNA with fuel tanks mounted outside the frame rails.

Within thirty (30) days of this Order, DTNA shall produce the following documents for each responsive incident:

    a.    Complaint;

    b.    Police/accident/incident/fire report(s);

    c.    Expert reports;

    d.    Deposition of DTNA Fed. R. Civ. P. 30(b)(6) witness(es);

e.     Photographs of the scene and vehicles.

**IV.   Plaintiffs' First Requests for Production of Documents Nos. 7-11 Relating to Design and Testing**

Within thirty (30) days of this Order, DTNA shall supplement its responses to Plaintiffs' First Request for Production Nos. 7 through 11 ((7) analyses of fuel tank integrity; (8) alternative designs that could be used to protect and/or increase fuel system integrity; (9) studies, evaluations, or analysis of alternative designs that could be used to limit or restrain the movement of the front axle during a foreseeable collision; (10) cost and/or economic reasonableness of alternative designs that could be used to protect and/or increase fuel system integrity; and (11) patents pertaining to alternative designs that could reduce the risk of post-collision fuel fed fires and increase fuel tank integrity) with all responsive materials in DTNA's possession and/or control from January 1990 until January 31, 2017.

**V.    Plaintiffs' Second Requests for Production of Documents Nos. 3-4 Relating to Finite Element Analysis and Finite Element Model**

At this time, DTNA is not required to produce additional documents in response to Plaintiffs' Second Request for Production of Documents Nos. 3 and 4, as these requests are specifically related to the subject vehicle in this action and DTNA has indicated that it does not possess any additional responsive information.

**VI.    Plaintiffs' Request for Production of Documents Nos. 1 and 2
        Relating to Failure Modes and Effects Analysis**

Within thirty (30) days of this Order, DTNA shall produce all Design Failure

Modes and Effects Analysis, hazard analysis and/or root cause analysis documents

and manuals related to the fuel system or fuel tank location of any Class 8 truck

manufactured by DTNA from 1990 until January 31, 2017.

**VII.   Sanctions**

The Court hereby **DENIES** Plaintiffs' request for sanctions to be imposed

against DTNA.

**IT IS SO ORDERED** this 10th day of February, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE